RECEIVED
IN LAKE CHARLES, LA

JAN 25 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DUNHAM-PRICE GROUP, L.L.C. | : | DOCKET NO. 2:05 cv 2214 |
| VS. | : | JUDGE MINALDI |
| PORT AGGREGATES, INC. | : | MAGISTRATE JUDGE WILSON |

## ORDER

Rule 65(c) of the Federal Rules of Civil Procedure requires the court to consider whether a security bond should be posted in connection with the issuance of a preliminary injunction. "The amount of security required is a matter for the discretion of the trial court; it may elect to require no security at all." *Corrigan Dispatch Co. v. Casa Guzman, S. A.*, 569 F.2d 300, 303 (5th Cir. 1978) (citing *International Controls Corp. v. Vesco*, 490 F.2d 1334 (2d Cir. 1974), *cert. denied*, 417 U.S. 932, 94 S.Ct. 2644; *Continental Oil Co. v. Frontier Refining Co.*, 338 F.2d 780, 782 (10th Cir. 1964)).

Accordingly, IT IS ORDERED that each party to this action submit a proposal which recommends a specific bond amount. The proposals shall be filed within 10 calendar days of the signing of this order and shall not exceed one page in length.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of January, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT