RECEIVED
IN LAKE CHARLES, LA

FEB - 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DUNHAM-PRICE GROUP, LLC | * | CIVIL ACTION NO. CV 05-2214 |
| Plaintiffs, | * | JUDGE MINALDI |
| v. | * | |
| | * | MAG. JUDGE WILSON |
| PORT AGGREGATES, INC | * | |
| Defendants | * | |

## ORDER

Considering the foregoing Motion for Stay of Preliminary Injunction filed on behalf of PORT AGGREGATES, INC. IT IS ORDERED that the MOTION FOR STAY OF PRELIMINARY INJUNCTION BE AND HEREBY IS SET FOR HEARING ON THE ____ DAY OF _____, 2007, AT _____ O'CLOCK __.M.

Lake Charles, Louisiana this _____ day of _____, 2007.

_____
JUDGE

**DENIED**
LAKE CHARLES, LA
THIS ___ DAY